## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| JULIET HORTON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Docket no.  2:11-cr-70-GZS |
| | ) | 2:12-cv-147-GZS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION

No objections having been filed to the Magistrate Judge's Recommended Decision filed May 7, 2013 (ECF No. 49) or the Supplemental Recommended Decision filed on April 19, 2013 (ECF No. 72), these Recommended Decisions are hereby **AFFIRMED**.

Accordingly, it is **ORDERED** that the Motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 (ECF Nos. 30 & 33) are hereby DENIED.

It is also hereby **ORDERED** that no certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 cases shall be issued should Defendant seek to appeal this order because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 9th day of May, 2013.