# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIET HORTON | No. 2:11-cr-00070-001 |

## ORDER ESTABLISHING MANNER OF POST-JUDGMENT CIVIL DISCOVERY

**WHEREAS** the United States of America has, by motion, requested entry of an order to establish the manner of certain post-judgment discovery pursuant to 28 U.S.C. § 3015 and Federal Rule of Civil Procedure 69, in aid of collection upon a criminal Judgment;

**IT IS THEREFORE HEREBY ORDERED** that this Order governs the nature and timing of the United States' post-judgment civil discovery directed to the Defendant ("civil discovery"), but it does not otherwise affect the United States' ability or authority to engage in third-party discovery or other collection activities as authorized by law; and

**IT IS FURTHER ORDERED THAT** the United States is authorized to take the following civil discovery:

   a.   Fifteen (15) interrogatories pursuant to Federal Rule of Civil Procedure 33;

   b.   Fifteen (15) requests for the production of documents, electronically stored information and tangible things pursuant to Federal Rule of Civil Procedure 34;

   c.   Fifteen (15) requests for admission pursuant to Federal Rule of Civil Procedure 36; and

    d.    A deposition of the Defendant by oral examination pursuant to Federal Rule of Civil Procedure 30; and

**IT IS FURTHER ORDERED THAT**, if additional civil discovery should be necessary, the United States must request further authorization from the Court.

**SO ORDERED:**

**Date: 7/8/2025**

<u>**/s/ Karen F. Wolf**</u>
**U.S. Magistrate Judge**